# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-cr-31 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MARCUS HENRY WOMACK, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on November 15, 2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on May 14, 2024. The defendant admitted to the following violations:

1. New Law Violation.

The magistrate judge filed a report and recommendation on May 14, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on May 28, 2024. Present were the following: Assistant United States Attorney Joseph Dangelo, representing the United States; Assistant Federal Public Defender Justin Roberts, representing the defendant; the defendant Marcus Henry Womack, and United States Probation Officer Amanda Cambeiro.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a term of 12 months, with credit for time served to date. This term is to be served consecutively to his undischarged conduct in the Cuyahoga County Common Pleas Court under case number CR-23-686280-A. The Court recommends to the BOP that the defendant be placed in FCI McKean. Following imprisonment, the defendant is to serve 3 years of supervised release with the same terms and conditions as previously imposed, and the following additional conditions:

**Reentry Court**: The Court recommends, upon defendant's release from custody, that the defendant be considered for the reentry program in the Northern District of Ohio.

**Cognitive Behavioral Treatment**: Defendant must again participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

Defendant remanded.

**IT IS SO ORDERED**.

Dated: May 28, 2024

HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT